## Chidi N. ANUNKA, Appellant,

v.

## Joan CAMPBELL; Minneapolis City Council, Appellees.

### No. 01–1192.

United States Court of Appeals, Eighth Circuit.

Submitted June 28, 2001.

Decided July 5, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

### PER CURIAM.

Chidi N. Anunka appeals from the district court's[1] dismissal of his 42 U.S.C.

1. The HONORABLE JOHN R. TUNHEIM, United States District Judge for the District of Minnesota, adopting the report and recommendations of the HONORABLE FRANKLIN L. NOEL, United States Magistrate Judge for the District of Minnesota.

§ 1983 action as time-barred. Having carefully reviewed the record and the parties' briefs, we agree that the complaint was filed after the expiration of the applicable six-year limitations period, *see Owens v. Okure*, 488 U.S. 235, 249–50, 109 S.Ct. 573, 102 L.Ed.2d 594 (1989); *Berg v. Groschen*, 437 N.W.2d 75, 77 (Minn.Ct. App.1989), and that the circumstances did not justify equitable tolling, *see Wilson v. Garcia*, 471 U.S. 261, 269, 105 S.Ct. 1938, 85 L.Ed.2d 254 (1985); *Ochs v. Streater, Inc.*, 568 N.W.2d 858, 860 (Minn.Ct.App. 1997). Accordingly, we affirm. *See* 8th Cir. R. 47B.